UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECTION 23 PROPERTY OWNER'S ASSOCIATION, INC., A FLORIDA CORPORATION;

    Plaintiff,

v.

ALBERT M. ROBINSON, ANITA ROBINSON, JANE B. ROBINSON, INDIVIDUALLY AND AS TRUSTEE OF THE JANE B. ROBINSON REVOCABLE TRUST DATED MAY 15, 2008;

    Defendants,

Case No. 2:25-cv-00160-JLB-KCD

## **ORDER**

Defendant Albert Robinson moves to proceed in forma pauperis ("IFP"). (Doc. 2.) The Court directed Robinson to comply with Local Rule 1.06(b) by filing a legible copy of each paper docketed in state court and to file an amended IFP application on the more detailed application (AO Form 239). (Doc. 5.) The Court will extend the deadline for Robinson to comply with its Order, as he has suggested "a lot more time" is needed." (Doc. 8 at 1.) But until Robinson complies, the Court will not entertain any substantive motions or relief, which he appears to have requested in his Supplemental Response. (Doc. 8.)

It is now **ORDERED**:

1. By **April 23, 2025**, Defendants must complete and file a long-form IFP application (AO Form 239) that addresses the deficiencies noted above. Alternatively, by that date, Defendants may pay the filing fee.

2. By **April 23, 2025**, Defendants must also comply with Local Rule 1.06(b) and file a legible copy of each paper docketed in the state court.

3. **Failure to comply with this Order may result in a recommendation that this case be dismissed**.

**ORDERED** in Fort Myers, Florida on March 24, 2025.

Kyle C. Dudek
United States Magistrate Judge