UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECTION 23 PROPERTY OWNER'S
ASSOCIATION, INC., A FLORIDA
CORPORATION,

    Plaintiff,

v.                                        Case No:  2:25-cv-00160-JLB-KCD

ALBERT M. ROBINSON, ANITA
ROBINSON, JANE B. ROBINSON,
INDIVIDUALLY AND AS TRUSTEE
OF THE JANE B. ROBINSON
REVOCABLE TRUST DATED MAY
15, 2008,

    Defendants.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation (Doc. 12), recommending that the case be remanded to state court. No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and made a part of this Order for all purposes.

2. The above-captioned case is **REMANDED** to the Circuit Court of Charlotte County, Florida for failure to prosecute. M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just case for delay."); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) (The Court has "inherent power" to dismiss for lack of prosecution).

3. The Clerk of Court is **DIRECTED** to remand this case to state court by transmitting a certified copy of the Magistrate Judge's Order (Doc. 12) and this Order to the Clerk of Court for the Twentieth Judicial Circuit in and for Charlotte County, Florida. Following remand, the Clerk is directed to deny any pending motions, terminate all deadlines, and close the case.

**ORDERED** in Fort Myers, Florida, on May 16, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE